UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LARRY A. BRATTON,

        Plaintiff,

 vs              9:03-CV-1458

DANIEL BAKER, Director/Designer; EDWARD
WILKOWSKI; STERLING REFERENCE
LABORATORIES; and CHARLES BOUR,
Parole Revocation Specialist,

        Defendants.

- - - - - - - - - - - - - - - - - -  - - - - - - - - - - - - - - -  - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LARRY A. BRATTON<br>01-A-6725<br>Cayuga Correctional Facility<br>P.O. Box 1186<br>Moravia, NY 13118 | |
| O'CONNOR, GACIOCH LAW FIRM<br>Attorneys for Defendants Baker and<br> Sterling Reference Laboratories<br>One Marie Midland Plaza<br>East Tower, 7th Floor<br>P.O. Box 1964<br>Binghamton, New York 12902-1964 | HUGH B. LEONARD, ESQ. |
| HON. ELIOT SPITZER<br>Attorney General of the<br> State of New York<br>Attorney for Defendants Wilkowski and Bour<br>Department of Law<br>Suite 102<br>615 Erie Boulevard West<br>Syracuse, New York 13204 | SENTA B. SIUDA, ESQ.<br>Asst. Attorney General |

DAVID N. HURD
United States District Judge

**O R D E R**

Plaintiff, Larry A. Bratton, brought this civil rights action pursuant to 42 U.S.C. § 1983.  By Report Recommendation dated March 10, 2005, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that defendants' Motions to Dismiss be granted and plaintiff's entire complaint be dismissed.  The plaintiff filed objections to that Report-Recommendation, and on March 31, 2005, the case was remanded to the Magistrate Judge for reconsideration.  By Supplemental Report and Recommendation dated April 6, 2005, Magistrate Judge Randolph F. Treece again recommended that defendants' motions to dismiss be granted and that plaintiff's entire complaint be dismissed.  Timely objections have been filed by the plaintiff.

Based upon a de novo determination of the portions of the Supplemental Report-Recommendation to which the plaintiff has objected, the Magistrate Judge's recommendations are accepted and adopted in whole.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The defendants' motions to dismiss are GRANTED; and

2. Plaintiff's entire complaint is DISMISSED.

The Clerk is directed to file judgment accordingly.

IT IS SO ORDERED.

United States District Judge

Dated:   January 26, 2006
            Utica, New York.